March 18, 1983.

458 A.2d 269

Cohen Esq. etc. v. Murphy etc., Appellant.

Argued March 18, 1980.

George Gershenfeld, for appellant; Richard R. Block, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.*

Order affirmed.